United States Bankruptcy Court
Central District of California

In re:                                                                Case No. 14-27647-BB
Lecia Lenette Shorter                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2        User: wkaaumoan        Page 1 of 1        Date Rcvd: Oct 06, 2014
                            Form ID: pdf042        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2014.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db              +E-mail/PDF: leciashorter@yahoo.com Oct 07 2014 03:04:19      Lecia Lenette Shorter,
                 287 S Robertson Blvd No 291,   Beverly Hills, CA 90211-2810
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2014                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2014 at the address(es) listed below:
              Alberta P Stahl (TR)    trusteestahl@earthlink.net,
               astahl@ecf.epiqsystems.com;trusteestahl\;\;\;.net@cacbapp.cacb.circ9.dcn
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                               TOTAL: 2

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ☐ Individual appearing without attorney<br>☐ Attorney for: | **FILED** OCT - 6 2014<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk<br><br>**ENTERED** OCT 06 2014<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>_____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>LECIA LENETTE SHORTER,<br><br><br><br>Debtor(s). | CASE NO.: 2:14-bk-27647-BB<br>CHAPTER: 7<br><br>**ORDER:**<br>☐ GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE<br>☒ DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE<br>**[LBR 9075-1(b)]** |

**Movant** (*name*): LECIA LENETTE SHORTER

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate

    b. *Date of filing of motion*: September 30, 2014

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: September 30, 2014

3. Based upon the court's review of the application, it is ordered that:

    a. ☒ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

    b. ☐ The Application is granted, and it is further ordered that:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                      Page 1                            F 9075-1.1.ORDER.SHORT.NOTICE

(1) ☐ A hearing on the motion will take place as follows:

| Hearing date:<br>Time:<br>Courtroom: | Place:<br>☐ 255 East Temple Street, Los Angeles, CA 90012<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☐ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101 |
|---|---|

(2) ☐ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) <u>Deadlines:</u><br>Date:<br>Time: | (B) <u>Persons/entities to be provided with telephonic notice:</u><br><br><br>☐ See attached page<br>(C) <u>Telephonic notice is also required upon</u> the United States trustee |
|---|---|

(3) ☐ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using: ☐ one of the methods checked    ☐ all of the methods checked

(A) ☐ Personal Delivery    ☐ Overnight Mail    ☐ First class mail    ☐ Facsimile*    ☐ Email*

| (B) <u>Deadlines:</u><br>Date:<br>Time: | (C) <u>Persons/entities to be served with written notice and a copy of this order:</u><br><br><br>☐ See attached page<br>(D) <u>Service is also required upon</u>:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's copy personally delivered to chambers<br>(*see Court Manual for address*) |
|---|---|

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                Page 2                                F 9075-1.1.ORDER.SHORT.NOTICE

Case 2:14-bk-27647-BB    Doc 14    Filed 10/08/14    Entered 10/08/14 21:58:45    Desc
Imaged Certificate of Notice    Page 4 of 5

(4) ☐ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

| (B) <u>Deadlines:</u><br>Date:<br>Time: | (C) <u>Persons/entities to be served with motion, declarations, supporting documents:</u><br><br>☐ See attached page<br>(D) <u>Service is also required upon</u>:<br>-- United States trustee *(no electronic service permitted)*<br>-- Judge's copy personally delivered to chambers<br>*(see Court Manual for address)* |
|---|---|

(5) ☐ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

| (B) <u>Deadlines:</u><br>Date:<br>Time: | (C) <u>Persons/entities to be served with written opposition to the motion:</u><br>-- movant's attorney (or movant, if movant is not represented by an attorney)<br><br>(D) <u>Service is also required upon</u>:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's copy personally delivered to chambers<br>*(see Court Manual for address)* |
|---|---|

(6) ☐ Regarding a **reply to an opposition:**

☐ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                           Page 3                          F 9075-1.1.ORDER.SHORT.NOTICE

(B) <u>Deadlines:</u>
Date:
Time:

(C) <u>Persons/entities to be served with written reply to opposition:</u>
-- All persons/entities who filed a written opposition

(D) <u>Service is also required upon:</u>
-- United States trustee *(electronic service is not permitted)*
-- Judge's Copy personally delivered to chambers
  (*see Court Manual for address*)

(7) ☐ Other requirements:

(8) ☐ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

☐ at least 2 days before the hearing.

☐ no later than:    Date:    Time:

* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

DATED: 10/6/14

_____
SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013    Page 4    F 9075-1.1.ORDER.SHORT.NOTICE